# United States Court of Appeals for the Fifth Circuit

---

No. 26-10154
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
June 9, 2026

Lyle W. Cayce
Clerk

RITA RAMON,

*Plaintiff—Appellant*,

*versus*

GLADNEY CENTER FOR ADOPTION; MARK MELSON; YVONNE MUNOZ,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-1166

---

Before WIENER, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Rita Ramon gave up her child for adoption in 2016, but she alleges that she only did so because of duress and coercion. Proceeding *pro se*, Ramon sued Gladney Center for Adoption, Mark Melson (Gladney's president and CEO), and Yvonne Munoz (a caseworker at Gladney) for violations of the Fourteenth Amendment. The magistrate judge construed Ramon's claims

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 26-10154

as arising under 42 U.S.C. § 1983 and then recommended dismissing her amended complaint because § 1983 lawsuits require that the alleged violations were committed by a state actor. *See Johnson v. Hous. Auth. of Jefferson Par.*, 442 F.3d 356, 359 (5th Cir. 2006). The district court adopted that recommendation and dismissed Ramon's claims.

We have carefully considered this appeal in light of Ramon's brief and pertinent portions of the record. Having done so, we find no error that would affect the judgment of the district court. We therefore AFFIRM the judgment of that court.